

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2016

No. 04-16-00557-CV

Ex Parte S.H.R.,

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 6083
Honorable Pedro Gomez, Judge Presiding

## O R D E R

This is an appeal by the Texas Department of Public Safety from an order granting an expunction. Appellee has filed in this court a "Motion to Substitute Initials for Given Name." In the motion, appellee asks that we use appellee's initials in the style of the case as opposed to appellee's full given name. After reviewing the motion and applicable authority, we **GRANT** appellee's motion. We **ORDER** that appellee's initials, S.H.R., be substituted for her full given name in the style of the case as well as any ensuing opinion, judgment, and mandate. We **ORDER** the clerk of this court to change all references to appellee from her full given name to S.H.R.

We further **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court